**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**RUTILIO ROSALES BARRERA #A205-590-308**                      **CASE NO.  1:26-CV-01054 SEC P**

**VERSUS**                                                                              **JUDGE JAMES D. CAIN, JR.**

**TODD LYONS ET AL**                                                **MAGISTRATE JUDGE PEREZ-MONTES**

## MEMORANDUM ORDER

Before the Court is an "Emergency Motion for Temporary Restraining Order and Preliminary Injunction to Stay Removal with Embedded Declaration of Rutilio Rosales Barrera" (Doc. 2) that was filed by *pro se* Petitioner, in conjunction with a deficient Petitioner for Writ of *Habeas Corpus*. (Doc. 1)

## BACKGROUND

Petitioner is a citizen and native of Mexico who was taken into custody by ICE on March 23, 2026, prior to a mandatory court appearance  at the Wilson County General Sessions Court. Petitioner seeks  a temporary restraining order based on being seized twenty minutes prior to his appearance, allegedly without any warrant or legal paperwork being presented and with the use of physical force.  Petitioner alleges that he has a pending VAWA I-360 self-petition with a USCIS Prima Facie Determination valid through May 27, 2026, three U.S. citizen children, no criminal record, serious medical conditions and nearly ten years of uninterrupted residence in Tennessee.

## LAW AND ANALYSIS

A party seeking a temporary restraining order or preliminary injunction must show: (1) a substantial likelihood of success on the merits; (2) a substantial threat of immediate and irreparable harm for which it has no adequate remedy at law; (3) that greater injury will result from denying the temporary restraining order than if it is granted; and (4) that a temporary restraining order will not disserve the public interest. *Daniels Health Scis., LLC v. Vascular Health Scis., LLC*, 710 F.3d 579, 582 (5th Cir. 2013).

Here, the bare allegations Petitioner has raised are insufficient to show a likelihood of success on the merits.  Additionally, the Court has attempted to locate Petitioner at the Central Louisiana ICE Processing Center via the ICE Locator link[1] and has determined that Petitioner is no longer in ICE custody.  Accordingly,

**IT IS ORDERED** that the Emergency Motion for Temporary Restraining Order and Preliminary Injunction to Stay Removal with Embedded Declaration of Rutilio Rosales Barrera" (Doc. 2) is **DENIED;**

**IT IS FURTHER ORDERED**  that the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1) is **DENIED** and this matter is **DISMISSED** without prejudice.

**THUS DONE AND SIGNED** in chambers on this 29th day of April, 2026.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**

---

[1] https://locator.ice.gov/odls/#/results